# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARLOS CORTEZ-DIAZ,

    Plaintiff,

vs.

DR. LEE, et al.,

    Defendants.

Case No. 2:13-cv-00989-APG-GWF

**O R D E R**

    The copy of order (Dkt. #4), instructing plaintiff to file a complete application to proceed *in forma pauperis*, was returned in the mail with the notation that plaintiff's address of record is vacant. Plaintiff has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    Dated: December 2, 2013.

_____
ANDREW P. GORDON
United States District Judge